# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                                                                        Civil Action No. 2:14-cv-02471-SD

JOHN DOE, subscriber assigned IP address
68.80.47.15,

      Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 68.80.47.15. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September____, 2014

                                                Respectfully submitted,

                                                By:    /s/ *Christopher P. Fiore*
                                                Christopher P. Fiore
                                                cfiore@fiorebarber.com
                                                Attorneys At Law
                                                418 Main Street, Suite 100
                                                Harleysville, PA 19438
                                                Phone: 215-256-0205
                                                *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September____, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Christopher P. Fiore*_____
      Christopher P. Fiore